# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**MICHAEL BENNETT**
**LINDA BENNETT**
**Individually And As Co-Administrators Of**
**The Estate Of Estate of MARLA ANN BENNETT**
                **Plaintiffs**

       **v.**                         **CA No.1:03-1486RCL**
                                         **Judge Royce C. Lamberth**

**THE ISLAMIC REPUBLIC OF IRAN, et al.**
                **Defendants**

## MOTION TO APPOINT MARK GUENTHER
## AS A COMMISSIONER OF THIS COURT

    Plaintiffs, Michael Bennett and Linda Bennett, Co-Administrators of the Estate of Marla Ann Bennett., by counsel, pursuant to the provisions of Federal Civil Rule 28(b), herewith move the Court that the Court issue a commission to Mark Guenther to take the oaths of deponents located abroad and within the United States.

    Plaintiff states in support of the Motion that numerous deponents wish to give testimony upon issues in the above matter but are unable to travel to Washington, D.C. for trial. This Court did preciously appoint Mark Guenther as a Commissioner of this Court in <u>Peterson</u> v. <u>Iran</u>, Civil Action # 01CV02094.

    Mark Guenther has done extensive videographic work and has produced video productions for use in Court as well as television productions for United States Armed Forces Radio and Television Service. The Defendants have defaulted and it is not possible to determine whether they consent to this Motion.

Wherefore, Plaintiffs pray that the Motion be granted and that the Court issue a commission to Mark Guenther pursuant to the provisions of Federal Civil Rule 28(b).

**February 7, 2007**                                **THOMAS FORTUNE FAY, PA**

                                        **By: _Thomas Fortune Fay_**
                                        **Thomas Fortune Fay**
                                        **601 Pennsylvania Avenue, NW**
                                        **#900 – South Building**
                                        **Washington, DC 20004**
                                        **202.589.1300**
                                        **Attorney For Plaintiffs**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**MICHAEL BENNETT**
**LINDA BENNETT**
**Individually And As Co-Administrators Of**
**The Estate Of Estate of MARLA ANN BENNETT**
      **Plaintiffs**

   **vi.**          **CA No.1:03-1486RCL**
                **Judge Royce C. Lamberth**

**THE ISLAMIC REPUBLIC OF IRAN, et al.**
      **Defendants**

## MEMORANDUM IN SUPPORT OF
## MOTION TO APPOINT MARK GUENTHER
## AS COMMISSIONER OF THIS COURT

   Plaintiffs, Michael Bennett and Linda Bennett, Co-Administrators of the Estate of Marla Ann Bennett, by counsel, in support of their Motion cite the provisions of Federal Civil Rule 28(b). Mark Guenther is a videographer who will record the depositions of various witnesses located abroad and within the United States. He is not related to any party and has no financial stake in the proceedings.

**February 7, 2007**

               **THOMAS FORTUNE FAY, PA**

               **By:** *Thomas Fortune Fay*
               **Thomas Fortune Fay**
               **601 Pennsylvania Avenue, NW**
               **#900 – South Building**
               **Washington, DC 20004**
               **202.589.1300**
               **Attorney For Plaintiff**