# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————
|  | ) |
|---|---|
| **MICHAEL BENNETT, *et al.*,** | ) |
|  | ) |
| **Plaintiffs,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **ISLAMIC REPUBLIC OF IRAN, *et al.*,** | ) |
|  | ) |
| **Defendants.** | ) |
———————————————————

**Civil Action No. 03-1486 (RCL)**

## JUDGMENT

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Default Judgment be entered in favor of plaintiffs and against

defendants, jointly and severally, in the amount of $12,904,548.00, of which $404,548.00 shall

be allocated to the estate of Marla Bennett for wrongful death; $5,000,000.00 shall be allocated

to Michael and Linda Bennett, each; and $2.5 million shall be allocated to Lisa Bennett.

IT IS FURTHER ORDERED that the claim brought on behalf of Flo Ackerman is hereby

DISMISSED.  It is further

ORDERED that plaintiffs, at their own cost and consistent with the requirements of 28

U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law

issued this date to defendants. It is further

ORDERED that this case be terminated from the dockets of this Court.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 30, 2007.