UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BENNETT
LINDA BENNETT
**Individually And As Co-Administrators Of**
**The Estate Of MARLA ANN BENNETT**
       **Plaintiffs**

   v.        CA No.1:03-1486RCL
             Judge Royce C. Lamberth

**THE ISLAMIC REPUBLIC OF IRAN, et al.**
       **Defendants**

## MOTION FOR ORDER TO ISSUE WRITS OF ATTACHMENT ON JUDGMENT

  Plaintiffs, Michael Bennett and Linda Bennett, by and through their attorney, Thomas Fortune Fay, herewith moves the Court that the Court authorize and direct the Clerk to issue the writs of attachment on judgment submitted with this motion for parcels of real property located within the District of Columbia.

  The following is stated in support of the motion:

  (1) That each parcel of property is titled in the name of the Islamic Republic Of Iran or in the name of the predecessor government to which the Islamic Republic of Iran is the successor in interest.

  (2) That no payments have been received nor are credits due to the Islamic Republic of Iran upon the judgment entered in this Court on March 11, 1998, and the full judgment amount and interest to date is therefore outstanding.

  (3) That the property of the judgment debtor is not immune from attachment in accordance with the provisions of 28 United States Code, Section 1610(b)(2) as this action was brought pursuant to 28 United States Code, Section 1605(a)(7).

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter the attached Order authorizing and directing the Clerk of Court to issue the attachments submitted.

October 8, 2007                                    THOMAS FORTUNE FAY, P.A.

                                                   By:*Thomas Fortune Fay*
                                                   Thomas Fortune Fay(#23929)
                                                   601 Pennsylvania Avenue, NW
                                                   #900 - South Building
                                                   Washington, DC 20004
                                                   202/589-1300