UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BENNETT
LINDA BENNETT
**Individually And As Co-Administrators Of**
**The Estate Of MARLA ANN BENNETT**
              **Plaintiffs**

     v.                   CA No.1:03-1486RCL
                          Judge Royce C. Lamberth

**THE ISLAMIC REPUBLIC OF IRAN, et al.**
              **Defendants**


## MEMORANDUM IN SUPPORT OF
## MOTION FOR ORDER TO ISSUE WRITS
## OF ATTACHMENT ON JUDGMENT

      Plaintiffs, Michael Bennett and Linda Bennett, by and through their attorney, Thomas Fortune Fay, cites the following in support of his motion:

      (1) That attachment is permitted by 28 United States Code, Section 1610(b)(2);

      (2) That the attachments submitted are in the form required by Section 16-508, Title 16, District Of Columbia Code. See also <u>Jack Development, Inc.</u> v. <u>Howard Eales, Inc.</u>, 388 A.2d 466 (D.C.App.1978).

**October 8, 2007**                           **THOMAS FORTUNE FAY, P.A.**

                                                          **By:**<u>*Thomas Fortune Fay*</u>
                                                          **Thomas Fortune Fay(#23929)**
                                                          **601 Pennsylvania Avenue, NW**
                                                          **#900 - South Building**
                                                          **Washington, DC 20004**
                                                          **202/638-4534**
                                                          **Attorneys For Plaintiff**

1