UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BENNETT
LINDA BENNETT
**Individually And As Co-Administrators Of
The Estate Of MARLA ANN BENNETT**
      **Plaintiffs**

   v.        CA No.1:03-1486RCL
             Judge Royce C. Lamberth

**THE ISLAMIC REPUBLIC OF IRAN, et al.**
      **Defendants**

## ORDER TO ISSUE WRITS OF ATTACHMENT ON JUDGMENT

Upon the Motion of the Plaintiffs, Michael Bennett and Linda Bennett, it is, by the Court this _____day of October, 2007

**ORDERED,** that the Clerk of this Court be authorized to and shall issue writs of attachment upon the judgment entered in this Court on August 30, 2007, in the amount of $12,904,548.00, for the following parcels of property as more particularly described in the deeds attached to said writs:

(1) 3410 Garfield Street, NW, Washington, DC 20007;

(2) 3003 Massachusetts Avenue, NW, Washington, DC 20008;

(3) Square 2145, Lot 0008, NW, Washington, DC 20008;

(4) 3003 Massachusetts Avenue, NW, Washington, DC 20008;

(5) Square 2145, Lot 0820, NW, Washington, DC 20008.

and it is further

**ORDERED,** that the United States Marshall For The District Of Columbia levy

1

upon the said properties by posting a copy of each attachment upon the premises described and by serving a copy of the attachment together with the attached Notice Of Attachment Upon Judgment upon any person found to be in possession of the property, and then to make return to this Court, and it is further

**ORDERED,** that the Plaintiff shall, at his expense, cause a copy of this Order, the Motion Of Plaintiff For Order To Issue Writs Of Attachment On Judgment, each Writ with attachments, the Notice Of Attachment Upon Judgment and the return of the United States Marshall, to be translated into Farsi and transmitted to the United States Department Of State, Director Of Special Consular Services, for Diplomatic service upon the Defendants pursuant to 28 United States Code, Section 1608(a)(4), and it is further

**ORDERED,** that the Director Of Special Consular Services shall promptly return to this Court a certified copy of the diplomatic note conveying the documents above referred to, and it is further

**ORDERED**, that the Defendants shall have 60 days after service of the documents above described to enter an appearance and to show cause why a Judgment Of Condemnation as to the attached property should not be entered.

_____
**Royce C. Lamberth**
**United States District Judge**

**Copies To:**   Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 - South Building

2

**Washington, DC 20004**
**202/589-1300**

3