UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Bennett,
    Personal Representative Of
        Plaintiff

                v.    Civil# 03-1486(RCL)
                       Judge Royce C. Lamberth

The Islamic Republic Of Iran, et al.
        Defendants

## WRIT OF ATTACHMENT ON JUDGMENT

    TO:    The Islamic Republic Of Iran
                and
           Person In Possession Of The Below Described Real Property

You are hereby notified that the following piece or parcel of real property within the District Of Columbia is hereby seized by this Writ Of Attachment, and the person in possession and the judgment debtor are required to retain said property and not to surrender said property nor assign it to anyone else without an order from this Court:

    PROPERTY SEIZED: 3003 Massachusetts Avenue, NW
                                 Washington, DC 20008
                                 (Lot 0815, Square 2145)

(As more particularly described in the attached deed which is incorporated by reference into this attachment.)

The Judgment against the defendant was entered on March 11, 1998 in the amount of TWELVE MILLION NINE HUNDRED AND FOUR THOUSAND FIVE HUNDRED AND FORTY EIGHT DOLLARS with interest at 4.90% per annum, less no credits.

1

Witness the Honorable Judge of the United States District Court For The District Of Columbia, this _____ day of _____, 2007.

                LET THIS WRIT ISSUE:

                                            _____
                                            **Royce C. Lamberth**
                                            **United States District Judge**

                                            Nancy M. Mayer-Whittington, Clerk

                                            By:_____
                                               Deputy Clerk

THOMAS FORTUNE FAY, P.A.

By:*Thomas Fortune Fay*
    Thomas Fortune Fay
    601 Pennsylvania Avenue, NW
    #900 - South Building
    Washington, DC 20004
    202/638-4534
    Attorney For Plaintiff

       Levied on the following estate of the defendant, The Islamic Republic Of Iran, to wit:_____by posting a copy of this attachment upon the premises and by serving a copy of the attachment upon _____, the person, if any, found to be in possession of the property.
       The defendant, The Islamic Republic Of Iran
_____was, OR
_____was not, found to be within the District Of Columbia.

                                            George B. Walsh
                                            United States Marshall
                                            For The District Of Columbia

                                            By:_____
                                              Deputy United States Marshall

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

Michael Bennett,
    Personal Representative Of
        Plaintiff

                      vi.      Civil# 03-1486(RCL)
                              Judge Royce C. Lamberth

The Islamic Republic Of Iran, et al.
        Defendants

### NOTICE OF ATTACHMENT UPON JUDGMENT AND ORDER PURSUANT TO §16-502, Title 16, District Of Columbia Code

The object of this suit is to recover TWELVE MILLION NINE HUNDRED AND FOUR THOUSAND FIVE HUNDRED AND FORTY EIGHT DOLLARS ($12,904,548.00), with interest at 4.90% per annum, less no credits, being the sum awarded in judgment to Plaintiffs in this Court on August 30, 2007, in the above action, and to have judgment of condemnation of certain property of the Defendant, The Islamic Republic of Iran, to wit, 3003 Massachusetts Avenue, NW, Washington, D.C. 20008, levied on under an attachment issued in this suit to satisfy the Plaintiffs' claims.

It is therefore this _____ day of October 9, 2007,

**ORDERED,** that the Defendant, The Islamic Republic of Iran, appear in this Court on or before the 60th day, exclusive of Sundays and legal holidays, after the day of first publication of this Order, to defend this suit and show cause why the condemnation should not be had, otherwise the suit will be proceeded with as in case of default, and it is further

**ORDERED**, that this Notice and Order shall be published at least once a week for three successive weeks or oftener, or for such further time and in such manner as the Court Orders.

---
**Royce C. Lamberth**
**United States District Judge**

**Copies To:**   Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 - South Building
Washington, DC 20004
202/589-1300

4