## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael Bennett et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 03-1486 (RCL) |
| | ) Closed Case |
| Islamic Republic Of Iran *et al*, | ) |
| | ) |
| Defendant. | ) |

## (Proposed) ORDER

The Court having reviewed Plaintiffs' Motion to Revive Plaintiffs' August 30, 2007 Judgment, and being of the opinion that the motion should be granted, it is hereby adjudged, ordered and decreed that the motion is granted. This judgment is hereby revived and renewed.

IT IS SO ORDERED on this the ___19th___ day of ___July___, 2019

_____
Royce C. Lamberth

United States District Court Judge